948

No. 81–1211. PURRAZZO *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 81–1212. SESSUMS ET AL. *v.* LOUISIANA POWER & LIGHT CO. C. A. 5th Cir. Certiorari denied.

No. 81–1215. SCHNAPPER ET AL. *v.* FOLEY, DIRECTOR, ADMINISTRATIVE OFFICE OF THE U. S. COURTS, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 81–1217. NORTH RIVER INSURANCE CO. ET AL. *v.* FED SEA/FED PAC LINE ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–1218. CUCCHIARA *v.* SECRETARY OF THE TREASURY ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–1221. GENERAL ATOMIC CO. *v.* UNITED NUCLEAR CORP. C. A. 9th Cir. Certiorari denied.

No. 81–1224. BOLLOW *v.* FEDERAL RESERVE BANK OF SAN FRANCISCO ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–1226. HEPKE *v.* SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 81–1230. JOHNSON *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 81–1234. LANGFORD *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 81–1235. MCINTOSH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.